

**ADAMS, JORDAN & HERRINGTON**

ATTORNEYS AT LAW | A PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| VIRGIL L. ADAMS<br>D. JAMES JORDAN<br>CAROLINE W. HERRINGTON<br>DAWN MAYNOR LEWIS<br>GEORGE L. PHILLIPS, M.D., J.D.<br>CEDRIC B. DAVIS *<br>_____<br>*Of Counsel | Fickling & Co. Building<br>577 Mulberry Street, Suite 1250<br>Post Office Box 928<br>Macon, Georgia 31202-0928<br><br>Telephone  (478) 743-2159<br>Fax  (478) 743-4938<br>Writer's Email: dlewis@adamsjordan.com | Milledgeville Office<br><br>115 E. McIntosh Street<br>Post Office Box 1370<br>Milledgeville, Georgia  31061<br>Telephone (478) 453-3997<br>Fax(478) 452-4880 |

December 17, 2014

United States District Court
Middle District of Georgia
William A. Bootle Federal Building and U.S. Courthouse
475 Mulberry Street
Post Office Box 128
Macon, Georgia  31202

  **Re: Kameron Kelsey v. Macon Bibb County**
    **Board of Commissioners, et al**
    **Civil Action File No. 5:14-CV-00082-MTT**

  This correspondence is provided to confirm that the Office of the Clerk for the United States District Court for the Middle District of Georgia has this day, pursuant to request by the undersigned counsel under Local Rule 6.2, granted Defendants in the above-styled civil action a fourteen (14) day extension of time in which to file their Brief in Response to Plaintiff Kameron Kelsey's Motion for Summary Judgment.

  In accordance with the instructions of the Deputy Clerk, this correspondence will be electronically filed in the above-styled civil action using the CM/ECF system, which will generate a Notice of Electronic Filing of same to all parties.

        Respectfully submitted,

        /s/ Dawn Maynor Lewis

        Dawn Maynor Lewis
        Counsel for Defendants

/DML