IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **KAMERON BERNARD KELSEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:14-CV-82(MTT) |
| ) | |
| **MACON BIBB COUNTY BOARD OF** ) | |
| **COMMISSIONERS,** *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

The Plaintiff has moved to recuse the undersigned. The facts the Plaintiff alleges in support of his motion are either untrue, e.g., that the undersigned has a financial relationship with the Defendants' lawyers, or patently insufficient, e.g., that the undersigned practiced with the Defendants' lawyers before his appointment to the bench in 2010. Accordingly, the motion is **DENIED**. Nevertheless, for administrative reasons, it is appropriate to reassign the case to Judge Leslie Abrams.[1]

**SO ORDERED,** this 9th day of February, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Plaintiff appears to prefer reassignment to Magistrate Judge Stephen Hyles. He notes that this case was initially referred to Judge Hyles, a referral that was later terminated. The Clerk's Office initially referred the case to Judge Hyles because the Clerk thought the Plaintiff was still incarcerated. It is the practice in this District to refer pro se prisoner complaints to magistrate judges. When it became apparent that the Plaintiff had been released from prison before filing his latest lawsuit, the referral to Judge Hyles was terminated.